### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721



**FILED**

SEP 27 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

September 21, 2021

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH 1ST ST, RM 2112
SAN JOSE, CA 95113

RE:       USA vs. JORGE LUIS SOLORIO-MENDOZA
USDC No.: 5:21-MJ-00045-JLT
          Northern District of California, Case No. 5:-21-mj-71467-MAG

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated September 21, 2021, transmitted herewith are the following documents:

**Electronic Documents: 1 to 10**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Thank you,

/s/ **S. Hall**
Deputy Clerk

DATE RECEIVED: _____

RECEIVED BY: _____
                    *(Print Name)*

NEW CASE NUMBER: _____


FILED
SEP 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE